**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-CR-04025-BCW |
| | ) | |
| TAVION RESHOND JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Epps' Report and Recommendation (Doc. #34) denying Defendant Jones's Motion to Suppress Evidence (Doc. #18). The Government filed a response to the motion to suppress (Doc. #24). The court held a hearing on the matter on August 26, 2021. (Doc. #31). With leave of court, the Defendant and Government filed supplemental briefing. (Docs. #32, 33). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Epps' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #34), Defendant's Motion to Suppress Evidence (Doc. #18) is DENIED. It is further

ORDERED that Magistrate Judge Epps' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: <u>October 6, 2021</u>

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT